UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated,**  )<br><br>*Plaintiff*  )<br><br>v.  )  Civil Action No. 1:25-cv-06219-MLB<br><br>**VANDE AYURWELL, LLC**  )<br><br>*Defendant*  ) | |

## AFFIDAVIT OF SERVICE

I, Jerald Luster, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to Vande Ayurwell, LLC in Cobb County, GA on November 6, 2025 at 1:16 pm at 2221 Corporate Plaza Parkway SE, Smyrna, GA 30080 by leaving the following documents with Hidesh Jani who as Owner is authorized by appointment or by law to receive service of process for Vande Ayurwell, LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, JURY DEMAND

Asian Male, est. age 55-64, glasses: Y, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.8998824,-84.4771629
Photograph: See Exhibit 1


Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

____Fulton County_____,

__GA____ on __11/10/2025_____ .

/s/ *Jerald Luster*
_____
Signature
Jerald Luster
+1 (404) 903-4169



Exhibit 1a)