IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ERIN WILSON, on behalf of herself and
others similarly situated,

    Plaintiff,

v.

VANDE AYURWELL, LLC,

    Defendant,

Civil File No.: 1:25-cv-6219 MLB

## ANSWER

COME NOW, Defendant, who files this answer to Plaintiff's lawsuit and files their Answer as follows:

1. Defendant does not admit nor deny Paragraphs 1-5.
2. Defendant does not admit nor deny Paragraph 6.
3. Defendant admits Paragraph 7.
4. Defendant does not admit nor deny Paragraph 8.
5. Defendant admits Paragraph 9.
6. Defendant does not admit nor deny Paragraphs 10-13.
7. Defendant does not admit nor deny Paragraph 15-20.
8. Defendant denies, plaintiff solicited engaging Vande Aayurwell through social media and so interest of their counseling. Paragraph 21.
9. Defendant denies Paragraph 22.
10. Defendant admits Paragraph 23.
11. Defendant denies Paragraph 24.
12. Defendant denies Paragraph 25.
13. Defendant denies Paragraph 26.

14. Defendant denies Paragraph 27.

15. Defendant denies Paragraph 28.

16. Defendant denies Paragraph 29.

17. Defendant denies Paragraph 30.

18. Defendant does not admit nor deny Paragraph 31.

19. Defendant denies Paragraph 32.

20. Defendant denies Paragraphs 33

21. Defendant does not admit nor deny Paragraph 34.

22. Defendant denies Paragraph 35-36.

23. Defendant does not admit nor deny Paragraph 37.

24. Defendant denies Paragraph 38-43.


WHEREFORE, Defendant having answered Plaintiff's Complaint, Defendants pray that:

    a. The Court dismiss the action and cast cost against these Plaintiffs

    b. The Defendants be awarded attorney's fees.

    c. For such other and further relief as this Court deem just and proper.

Respectfully submitted this 25th of November, 2025.

Signed by:

_____
Vande Aayurwell, LLC.

## **CERTIFICATE OF SERVICE**

I have this date filed the foregoing Answer.

Valerie Chinn
Chinn Law Firm LLC
245 N. Highland Ave., Suite 230 #7
Atlanta, GA 30307

Dated this 25th of November, 2025.

/s/