IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated, | : | Case No. 1:25-cv-06219-MLB |
| Plaintiff, | : | |
| v. | : | |
| VANDE AYURWELL, LLC | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO STRIKE
*PRO SE* ANSWER FILED BY A CORPORATION**

The Plaintiff in the above matter respectfully move this Court to strike the *pro* se answer of corporate defendant Vande Ayurwell, LLC and file an appropriate pleading within fourteen days. As to the reasons therefore, the Plaintiffs state as follows:

1. Plaintiff filed a class action complaint with claims against the Defendant. *See* ECF No. 1.

2. On November 27, 2025, Defendant filed a *pro se* Answer. *See* ECF No. 8.

3. Defendant, as a corporation, cannot appear *pro se*. This sentiment reflects the ancient common law tradition related by former Chief Justice John

Marshall in *Osborne v. Bank of the United States:* "A corporation . . . can appear only by attorney." 22 U.S. 738, 830, 6 L. Ed. 204 (1824).

4. The precedent applying this rule is voluminous. *See, e.g. Commercial & R.R. Bank of Vicksburg v. Slocomb, Richard & Co.,* 39 U.S. 60, 10 L. Ed. 354 (1840); *Strong Delivery Ministry Ass'n v. Board of Appeals of Cook County,* 543 F.2d 32 (7th Cir. 1976) ("a corporation cannot appear without an attorney"); *Schreibman v. Walter E. Heller & Co. (In re Las Colinas Dev. Corp.),* 585 F.2d 7 (1st Cir. 1978) (*cert. denied*); *Shapiro, Bernstein & Co. v. Cont'l Record Co.,* 386 F.2d 426 (2d. Cir. 1967); *Flora Constr. Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413, 414 (10th Cir. 1962); *Erie Molded Plastics, Inc. v. Nogah, LLC*, 520 F. App'x 82, 84-85 (3d Cir. 2013) ("As a general rule, if a corporation appears in federal court, it may do so only through licensed counsel.")

5. The Eleventh Circuit is in accord. *Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well-established that a corporation is an artificial entity that can only act through agents, cannot appear in judicial cases *pro se*, and must be represented by counsel.")

Accordingly, Plaintiff requests Order from the Court that the Defendant shall obtain counsel and file a responsive pleading within 14 days of the Order of this Court or it will be defaulted.

Dated: December 1, 2025        <u>*s/ Anthony I. Paronich*</u>_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

<u>/s/ *Ryan Duffy*</u>
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399
*Local Rule 83.1 Counsel*