IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Erin Wilson,

          Plaintiff,

v.                                                             Case No. 1:25-cv-6219-MLB

Vande Ayurwell, LLC,

          Defendant.
_____/

## ORDER

Defendant Vande Ayurwell, LLC——a corporation——filed a pro se Answer to Plaintiff's Complaint.  (Dkt. 8.)  The Court **NOTIFIES** Defendant that a corporation cannot appear pro se and must be represented by counsel.  *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985).  "This rule applies even when the person seeking to represent the corporation is its president . . . ."  *CNH Capital Am., LLC v. Se. Aggregate, Inc.*, No. CV608-027, 2009 WL 1468999, at *1 (S.D. Ga. May 26, 2009) (quoting *F.T.C. v. Gem Merch. Corp.*, No. 95-8364, 1995 WL 623168, at *1 (11th Cir. 1995)); *see also* LR 83.1E(2)(b)(I), NDGa.

Accordingly, the Court **STRIKES** Defendant's Answer (Dkt. 8) and **ORDERS** Defendant to have counsel file a notice of appearance with the

Clerk no later than January 2, 2026. Failure to comply with this order may result in sanctions against Defendant, including an entry of default. The Court **DENIES AS MOOT** Plaintiff's Motion to Strike Answer (Dkt. 9).

The Court **DIRECTS** the Clerk to add to the docket the address listed on the summons (Dkt. 2) for Defendant and mail a copy of this order to Defendant. The Court **FURTHER DIRECTS** the Clerk to submit this matter after January 2, 2026, if Defendant fails to comply with this order.

**SO ORDERED** this 3rd day of December, 2025.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE