IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Erin Wilson,

          Plaintiff,

v.                                  Case No. 1:25-cv-6219-MLB

Vande Ayurwell, LLC,

          Defendant,

_____/

## ORDER

The Court ordered Defendant to have counsel file a notice of appearance with the Clerk no later than January 2, 2026. (Dkt. 10.) The Court warned Defendant that failure to comply may result in sanctions, including an entry of default. (*Id.*) Defendant has failed to comply with the Court's order.

Accordingly, the Court **DIRECTS** the Clerk to enter default as to Defendant Vande Ayurwell, LLC.

**SO ORDERED** this 13th day of February, 2026.



MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE