# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated, | : | Case No. 1:25-cv-06219-MLB |
| Plaintiff, | : | |
| v. | : | Entered as dismissed pursuant to Rule 41(a)(1)(A)(i)-(ii), Fed. R. Civ. P. |
| VANDE AYURWELL, LLC | : | KEVIN P. WEIMER, Clerk |
| Defendant. | : | By: __/s/Parker Thompson__ Deputy Clerk Date: ___2/20/2026_____ |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: February 13, 2026

*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com